# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ELIZABETH KARNAZES,**
Appellant,

v.

**RICHARD NIELSEN,** Individually and as Personal Representative of the Estate of **CINDY NIELSEN,** Decedent; and **MSC CROCIERE, S.A.,**
Appellees.

No. 4D2022-1056

[April 11, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carol-Lisa Phillips, Judge; L.T. Case No. 13-11162 CACE.

Elizabeth Karnazes, Foster City, California, pro se.

Joseph J. Rinaldi, Jr. and David W. Brill of Brill & Rinaldi, The Law Firm, Weston, for appellees.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., CIKLIN and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***